

**HYDERALLY & ASSOCIATES P.C.**

Ty Hyderally, Esq. NJ, NYS, NYE

Francine Foner, Esq. NJ, NY, NYS, NYE
Jennifer Vorih, Esq. NJ, CA

OF COUNSEL
Walter Murawinski, Esq. NJ, NY(INACTIVE)
Vanessa Castellina, Esq. NJ, NY
John Rue, Esq. NJ, NY

LITIGATION ASSISTANT
Lorena Meza

33 PLYMOUTH STREET
SUITE 202
MONTCLAIR, NJ 07042
P (973) 509-8500
F (973) 509-8501

REPLY TO MONTCLAIR

NEW YORK ADDRESS
530 WEST 30th STREET APT. 11F
NEW YORK, NY 10001

MEMBER OF NEW JERSEY BAR NJ
MEMBER OF NEW YORK BAR NY
MEMBER OF CALIFORNIA BAR(INACTIVE) CA
MEMBER OF NEW YORK SOUTHERN DISTRICT BAR NYS
MEMBER OF NEW YORK EASTERN DISTRICT BAR NYE

---

Writer's Ext. 206
ff@employmentlit.com

April 26, 2024

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **Jones v. Blue Orange Digital, Inc., et al.**
     **No. 24-CV-1228 (RA)**
     **Our File No.: 3632**

Dear Judge Abrams:

    We write to Your Honor with the consent of counsel for Defendants to respectfully request that the initial status phone conference currently scheduled with Your Honor on May 3, 2024 at 2:30 pm be rescheduled, due to a deposition on that date that was previously scheduled in another matter. Counsel for the parties have conferred and are both available for the conference on Thursday May 9, 2024 from 10:00 am to 1:00 pm or Monday May 13, 2024 from 10:30 am to 5:00 pm.

    We thank the Court for its courtesies.

Respectfully yours,
HYDERALLY & ASSOCIATES, PC
*Francine Foner*
FRANCINE FONER, ESQ.
*for the Firm*

cc:   Celia Jones (via email)
T:\Jones Celia\Correspondence\042624.Abrams Ronnie Hon.docx

---

Application granted. The initial status conference is hereby adjourned until May 13, 2024, at 2:30 p.m. The conference will be held by phone.

Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 29, 2024