UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELIA JONES,

                Plaintiff,

        v.

BLUE ORANGE DIGITAL, INC., F/K/A BLUE ORANGE DIGITAL, LLC, JOSH MIRAMANT, in his individual and official capacities, JOHN DOES 1-10, and XYZ CORP. 1-10,

                Defendants.

No. 24-CV-1228 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 30, 2024, this matter was referred to mediation through the Southern District of New York's Alternative Dispute Resolution program. *See* Dkt. No. 18. The initial status conference, currently scheduled for May 13, 2024 at 2:30 p.m., is hereby adjourned pending the outcome of mediation.

SO ORDERED.

Dated:    May 10, 2024
            New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge